# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| **LINDA E. FREER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | |
| **WAL-MART STORES, INC.,** ) | Case No.  06-3285 |
| a Delaware corporation; ) | |
| **JANE DOE, an unidentified employee; and** ) | |
| **MICHAEL ANDERSON;** ) | |
| ) | |
| **Defendants.** ) | |

# REPORT AND RECOMMENDATION

On December 22, 2006, Plaintiff filed an Amended Complaint (#6).  On January 3, 2007, Defendant filed a Motion to Disqualify and Objection to First Amended Complaint (#7).  On February 1, 2007, the Court entered an Order (#15) allowing the Amended Complaint to stand as filed.

The Court has examined the Amended Complaint.  While there are deficiencies in the allegations with respect to the Court's jurisdiction, it is apparent that there is no longer complete diversity between the parties.  With diversity having been destroyed, the Court is now divested of jurisdiction.  Accordingly, I recommend pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that the case be remanded to the Circuit Court for the Seventh Judicial Circuit, Sangamon County, Illinois, pursuant to 28 U.S.C. § 1447(c) and (e).

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after being served with a copy of this Report

and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 1st day of February, 2007.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE